RON JASNIOWSKI *et al.*, Plaintiffs-Appellants, v. BENSON RUSHING *et al.*, Defendants-Appellees.

First District (6th Division)   No. 1—95—0365

Opinion filed March 31, 1997.—Rehearing denied April 30, 1997.

Pursuant to Supreme Court order of October 2, 1997, the opinion filed by this Court on March 31, 1997, was vacated.